PER CURIAM.
Upon consideration of the points advanced by appellant, we conclude that the evidence was sufficient to sustain appellant’s conviction for armed robbery. See Tibbs v. State, 397 So.2d 1120, 1122-26 (Fla.1981), aff'd, 457 U.S. 31, 102 S.Ct. 2211, 72 L.Ed.2d 652 (1982); Rodriguez v. State, 379 So.2d 657, 658 (Fla. 3d DCA), cert. denied, 389 So.2d 1114 (Fla.1980); Hernandez v. State, 305 So.2d 211 (Fla. 3d DCA 1974), cert. denied, 315 So.2d 192 (Fla.1975); § 812.13, Fla.Stat. (1987). Accordingly, no error having been shown, the judgment and sentence are affirmed.
Affirmed.